## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**JESUS DANIEL AULI,**<br>        Debtor | Case No. 10-11026 (ESL)<br>Chapter 7 |

### NOTICE OF INCORRECT SOCIAL SECURITY NUMBER

TO THE HONORABLE COURT:

**HERE COMES DEBTOR**, through his undersigned attorney, and respectfully states and prays:

1. When Debtor's petition was filed with the Bankruptcy Court's EM/ECF system, a data entry error was made and Debtor's social security number was erroneously entered in the EM/ECF system as XXX-XX-1635.

2. Debtor's correct social security number is XXX-XX-1635.

3. The social security listed in all the documents signed by Debtor, and not generated by the Clerk of the Court is correct. In order to clarify this petition we apologize for our data entry error and request this Honorable Court and creditors take notice of Debtor's correct social security number.

WHEREFORE, Debtor respectfully requests all parties take notice of Debtor's social security number.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed this document with the Clerk of the Court through the EM/ECF system, which notifies all EM/ECF participants in this case, and have notified all non EM/ECF participants by U.S.P.S. First Class Mail.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico on this 25th day of January, 2011.

/s/Joselyn M. Ramírez
Joselyn M. Ramírez, Esq.
USDC-PR # 213309
PO Box 11741
San Juan PR 00922-1741
jrjmrar
(787)

